*E-Filed 02/01/2010*

ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
adamqwang@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APOLONIA SALINAS AND FAUSTINO CORTEZ,<br><br>            Plaintiffs,<br><br>       vs.<br><br>LAVENDER INVESTMENT INC dba MA´S RESTAURANT, TOHN SHIEH AND DOES and Does 1-10,<br><br>            Defendants. | Case No.:  C09-4541 RS<br><br>JOINT CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE HOWARD LLOYD |

Pursuant to the discussions at the Initial Case Management Conference before Judge Seeborg on January 27, 2010, Parties, in accordance with the provisions of Title 28, U.S.C. Section 636(c), through their respective counsel, consent to have a United States Magistrate Judge Howard R. Lloyd conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment the undersigned party hereby voluntarily . Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 1, 2010

By:     __/s/ADAM WANG__
           ADAM WANG
           Attorney for Plaintiffs

1 | Dated: February 1, 2010

By: /s/ DANIEL PYNE
DANIEL PYNE
Attorney for Defendants

IT IS HEREBY ORDERED that this matter be referred to United States Magistrate Judge Lloyd for all further proceedings.

Dated: 02/01/2010

_____
RICHARD SEEBORG
United States District Judge

Joint Consent to Proceed Before Magistrate