NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APOLONIA SALINAS and FAUSTINO CORTEZ, <br><br> Plaintiffs, <br> v. <br><br> LAVENDER INVESTMENT, INC. dba MA'S RESTAURANT; TOHN SHIEH; and DOES 1–10; <br><br> Defendants. | No. C09-04541 HRL <br><br> **ORDER (1) REFERRING PARTIES TO MEDIATION AND (2) SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' discussion with Judge Seeborg at the January 27, 2010 Initial Case Management Conference, the court refers the parties to court-appointed mediation for purposes of Alternative Dispute Resolution. The deadline for the parties' mediation session is ninety days from this order.

In addition, a further case management conference is set before this court on **March 30, 2010 at 1:30 p.m.** in Courtroom No. 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California. The parties shall file an updated joint case management statement by **March 23, 2010.**

**IT IS SO ORDERED.**

Dated: February 2, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-04541 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Wang | adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com |
| Adam Lee Pedersen | alpedersen@gmail.com |
| Daniel Francis Pyne, III | dpyne@hopkinscarley.com, jfarlow@hopkinscarley.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**