\*\* **E-filed February 2, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APOLONIA SALINAS and FAUSTINO CORTEZ,<br><br>          Plaintiffs,<br><br>     v.<br><br>LAVENDER INVESTMENT, INC. dba MA'S RESTAURANT; TOHN SHIEH; and DOES 1–10;<br><br>          Defendants.<br>_____/ | No. C09-04541 HRL<br><br>**ORDER (1) REFERRING PARTIES TO MEDIATION AND (2) SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

     Pursuant to the parties' discussion with Judge Seeborg at the January 27, 2010 Initial Case Management Conference, the court refers the parties to court-appointed mediation for purposes of Alternative Dispute Resolution. The deadline for the parties' mediation session is ninety days from this order.

     In addition, a further case management conference is set before this court on **March 30, 2010 at 1:30 p.m.** in Courtroom No. 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California.  The parties shall file an updated joint case management statement by **March 23, 2010.**

     **IT IS SO ORDERED.**

Dated: February 2, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C 09-04541 HRL Notice will be electronically mailed to:**

2  Adam Wang                   adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
   Adam Lee Pedersen           alpedersen@gmail.com
3  Daniel Francis Pyne, III    dpyne@hopkinscarley.com, jfarlow@hopkinscarley.com

4

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California

2