**\*\* E-filed November 29, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APOLONIA SALINAS, et al., | No. C09-04541 HRL |
| Plaintiffs, | **ORDER (1) VACATING THE PRETRIAL CONFERENCE AND TRIAL DATES AND (2) SETTING SHOW CAUSE HEARING RE: SETTLEMENT** |
| v. | |
| LAVENDER INVESTMENT, INC., et al., | |
| Defendants. | **[Re: Docket No. 19]** |
| _____/ | |

Defendant Lavender Investment, Inc. advises the Court that the parties have entered into a settlement in the above-entitled action.  Good cause appearing, the pretrial conference hearing and trial dates, currently set for December 7 and December 13, 2010, respectively, are vacated.  On or before **February 1, 2011**, plaintiff shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **February 8, 2011 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: November 29, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  **C09-04541 HRL Notice will be electronically mailed to:**

2  Adam Wang                           adamqwang@gmail.com, alpedersen@gmail.com,
                                       rosilenda@gmail.com
3  Adam Lee Pedersen                   alpedersen@gmail.com
   Daniel Francis Pyne , III           dpyne@hopkinscarley.com, jfarlow@hopkinscarley.com
4
5  **Counsel are responsible for distributing copies of this document to co-counsel who have not
   registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28