1    ** E-filed March 18, 2011 **

2

3

4

5

6

7                        NOT FOR CITATION

8         IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11   APOLONIA SALINAS, et al.,              No. C09-04541 HRL

12              Plaintiffs,                 **ORDER CONTINUING HEARING ON**
                                            **PLAINTIFFS' MOTION TO**
13         v.                               **ENFORCE SETTLEMENT**
                                            **AGREEMENTS**
     LAVENDER INVESTMENT, INC., et al.,
14
              Defendants.                   **[Re: Docket No. 22]**
15   _____/

16         Apolonia Salinas and Faustino Cortez ("Plaintiffs") brought this wage-and-hour action

17   against their former employer Lavender Investment, Inc. d/b/a/ Ma's Restaurant ("Lavender") and

18   Tohn Shieh ("Shieh"). In November 2010, Plaintiffs executed separate settlement agreements with

19   Lavender. Apparently, Lavender has not fulfilled its obligations under them. Thus, Plaintiffs have

20   filed a motion to enforce the agreements. Docket No. 22. No opposition has been filed, and oral

21   argument is currently scheduled for March 22, 2011.

22         On March 18, 2011, this Court granted Lavender's counsel's motion to withdraw from this

23   case. Docket No. 26. However, since Lavender is a corporation, it may not appear *pro se* (Civ. L. R.

24   3-9(b)), and no substitute counsel has appeared on behalf of Lavender.

25         Given these circumstances, Plaintiffs' motion to enforce the settlement agreements is

26   CONTINUED to May 10, 2011. Lavender, having secured counsel, may file any opposition by

27   April 19, 2011, and Plaintiffs may file any reply by April 26, 2011.

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1     **IT IS SO ORDERED.**

2     Dated: March 18, 2011



3     _____
      HOWARD R. LLOYD
      UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**C09-04541 HRL Notice will be electronically mailed to:**

2

Adam Wang                         adamqwang@gmail.com, alpedersen@gmail.com,
                                  rosilenda@gmail.com
3
Adam Lee Pedersen                 alpedersen@gmail.com
Daniel Francis Pyne, III          dpyne@hopkinscarley.com, jfarlow@hopkinscarley.com

4

5    **Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3